Evening American Publishing Company, Appellant, v.
Rose Ball, Appellee.

Gen. No. 13,526.

This was an action on the case for libel. *Held,* first, that the article declared on was admissible, under the declaration; second, that it was libelous *per se,* and third, that the following instruction was not erroneous.

"The court instructs the jury as a matter of law, that if you find from a consideration of the evidence and the law as stated in these instructions, the publication in question is as to the plaintiff untrue and was made by the defendant, it is libelous, and the plaintiff is entitled to such damages as shall afford a reparation for all the injury including mental suffering and humil-

iation, which has naturally and approximately resulted from the publication, if any, shown by the evidence.''

Action on the case for libel. Appeal from the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1907. Affirmed. Opinion filed July 14, 1908.

DARROW, MASTERS & WILSON, for appellant.

BARTLETT & IRVING, for appellee.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.